**Order entered June 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00164-CV

## IN RE PLAINSCAPITAL BANK, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07601**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE